

**Entered on Docket**
**August 05, 2010**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

# United States Bankruptcy Court
## District of Nevada

Case No. **10−23363−mkn**
**Chapter 13**

In re:
    JOEY HUGHES

        Debtor(s).

## ORDER TRANSFERRING BANKRUPTCY CASE
## TO DISTRICT OF NEVADA−NORTHERN DIVISION (RENO)

On the Court's own motion for good cause appearing, and pursuant to 11 USC § 105, and LR 1071(b):

IT IS HEREBY ORDERED THAT the above−captioned bankruptcy case be transferred to U.S. Bankruptcy Court, District of Nevada, Northern Division, C. Clifton Young Federal Building, 300 Booth Street, Reno, Nevada 89509.

All pleadings and other papers in this bankruptcy case shall be filed with the U.S. Bankruptcy Court Clerk in Reno, Nevada.

###